IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

        Petitioners,               MISC. NO. S-06-0006 DFL GGH

    vs.

CINDY L. BARNES,

        Respondent.           ORDER

_____/

        On February 1, 2006, this court issued an order for respondent to appear and show cause on April 13, 2006, why she should not be required to obey the Internal Revenue Service summons, issued on September 2, 2005.  That order permitted respondent to file any opposition ten days prior to the April 13, 2006 hearing.  Respondent has not filed a defense or opposition. Based on the lack of opposition, and review of the government's filings, oral argument would not be of material assistance in determining the government's petition to enforce the IRS summons. Accordingly, the court will not entertain oral argument, and will determine the petition on the record.  See E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The April 13, 2006 hearing on this court's order to show cause, filed February 1, 2006, is vacated; and

2. The petition is submitted on the record.

DATED: 4/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Barnes0006.vac.wpd

2