IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

    Petitioners,               MISC. NO. S-06-0006 DFL GGH

    vs.

CINDY L. BARNES,

    Respondent.               ORDER

_____/

        On June 5, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 5, 2006, are ADOPTED; and

2. The United States' petition for enforcement of the IRS summons at issue in the case is GRANTED, and the summons issued to respondent, Cindy L. Barnes, is ENFORCED;

3. Respondent, Cindy L. Barnes, is ORDERED to appear at I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Rebecca Ayotte or her designated representative, within 21 days of the filed date of this order, or at an alternate time and date to be set by Revenue Officer Ayotte, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

DATED: 8/9/2006

_____
DAVID F. LEVI
United States District Judge